# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **TELOS HOLDINGS, INC.** <br> **d/b/a POINT CLASSICS,** <br><br> Plaintiff, <br><br> v. <br><br> **CASCADE, GmbH,** *et al*, <br><br> Defendants. | **Case No. 3:09-0380** <br> **Judge Trauger** |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Compel Arbitration and Stay this Action Pending Completion of the Arbitration (Docket No. 45) filed by the defendant Cascade, GmbH ("Cascade") is **GRANTED IN PART and DENIED IN PART**. This entire matter is hereby **STAYED** pending arbitration, and, in light of the stay, the other pending motions, that is, the Motion to Amend Complaint filed by the plaintiff Telos Holdings, Inc. d/b/a/ Point Classics ("Point Classics") (Docket No. 58), the plaintiff's Motion for Attorney Fees and Costs for Personal Service on Richard Ellman d/b/a International Producers Group (Docket No. 17) and a *Pro Se* Motion to Dismiss Plaintiff's Action as Against Richard Ellman d/b/a International Producers Group filed by defendant Ellman (Docket No. 22), are **DENIED WITHOUT PREJUDICE**.

The court will leave on its calendar the April 2011 trial date on the off-chance that the non-arbitrable claims will be ready for trial at that point.

It is so ordered.

Enter this 19th day of October 2009.

_____
ALETA A. TRAUGER
United States District Judge